

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0237 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| JESSE R. TICER, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: July 11, 2013

KENDALL J. NEWMAN
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3