HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
JESSE TICER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:13-CR-237 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) TO MODIFY PRE-TRIAL RELEASE |
| vs. | ) CONDITIONS |
| | ) |
| JESSE TICER, | ) Judge: Hon. Allison Claire |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jesse Ticer, through their respective attorneys, that the release conditions imposed on Mr. Ticer on July 17, 2013, may be modified as set forth below.

On July 16, 2013, Mr. Ticer appeared in Federal Court in the District of Maryland, following the initiation of Rule 5 proceedings in the Eastern District of California.  At that initial appearance, Mr. Ticer was ordered released on conditions set by the Magistrate in the District of Maryland [8:13-MJ-01689 JKS; Docket #5].

On July 17, 2013, Mr. Ticer appeared in Federal Court in the Eastern District of California.  Here, the Court ordered that Mr. Ticer remain out of custody on the same release conditions set forth by the Magistrate in the District of Maryland.  Accordingly, the parties and

pre-trial services stipulate and agree that Mr. Ticer's pre-trial release conditions may be modified to conform with those set forth in the District of Maryland.  Those conditions are as follows:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the pretrial services officer;

6. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You are released to the third-party custody of <u>your parents</u>;

10. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

13. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

14. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer;

15. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

16. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

17. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

18. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

19. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

**HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.


Dated: August 6, 2013

                              HEATHER E. WILLIAMS
                              Federal Defender


                              */s/ MATTHEW M. SCOBLE*
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              JESSE TICER


Dated: August 6, 2013

                              BENJAMIN B. WAGNER
                              United States Attorney


                              */s/ M. Scoble for K. Reardon*
                              KYLE REARDON
                              Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Ticer in the District of Maryland are adopted by this court. Therefore, Mr. Ticer's release conditions are as follows:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the pretrial services officer;

6. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You are released to the third-party custody of your parents;

10. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

13. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

14. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer;

15. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

16. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

17. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

18. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

19. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

**HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

IT IS SO ORDERED.

DATED: August 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE