BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00237 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| JESSE R. TICER, | DATE: October 22, 2013 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On October 22, 2013, the Court held a status conference in this case. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. Matthew Scoble, Esq. appeared on behalf of defendant Jesse R. TICER. Mr. TICER was not present and had a waiver on file. Also appearing on behalf of defendant was Steve Whitworth, Esq. Mr. Whitworth represented to the Court that he had been retained to represent defendant in this matter. Because defendant was not present to affirm the substitution of counsel, the Court ordered the matter to be put over one week to October 29, 2013, at 9:15 a.m. for status of counsel and scheduling of future dates in the matter. The Court found that defendant's interest in continuity of counsel and the ends of justice served by continuing the case as requested by defendant's representatives outweighed the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

1   The Court therefore excluded time from October 22, 2013, to, and including, October 29, 2013,
2 from computation of time within which the trial of this matter must be commenced, pursuant to Local
3 Code T4.

Dated:    October 25, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

2