1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                      EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,          | CASE NO. 2:13-CR-00237 LKK

13 |                      Plaintiff,     | ORDER RE: SCHEDULING STATUS
                                         | CONFERENCE AND EXCLUDING TIME UNDER
14 |              v.                     | SPEEDY TRIAL ACT

15 | JESSE R. TICER,                    | DATE: October 29, 2013
                                         | TIME: 9:15 a.m.
16 |                      Defendant.    | COURT: Hon. Lawrence K. Karlton

17

18       On October 29, 2013, the Court held a status conference in this case.  Assistant United States

19 Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America.  Matthew Scoble, Esq.

20 appeared on behalf of defendant Jesse R. TICER.  Mr. TICER was present, out of custody.  Also

21 appearing on behalf of defendant was Steve Whitworth, Esq.  At defendant's request, Mr. Whitworth

22 was substituted for Mr. Scoble as counsel of record. Mr. Whitworth represented to the Court that he had

23 been retained to represent the defendant in this matter.  Mr. Whitworth confirmed he had received

24 discovery from Mr. Scoble and was evaluating the case for resolution or trial.  Mr. Whitworth also

25 indicated he was researching the possible immigration consequences of a guilty plea or conviction in the

26 case, including possible deportation following conviction.  Mr. Whitworth confirmed he needed

27 additional time to prepare the defense in the case and requested that time being excluded from the

28 Speedy Trial Act for that purpose.  The Court found that defendant's interest in continuity of counsel

and the ends of justice served by continuing the case as requested by defendant's representatives outweighed the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

The Court therefore excluded time from October 29, 2013, to, and including, December 3, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated: November 4, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

2