BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00237 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| JESSE R. TICER, | DATE: October 29, 2013 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On October 29, 2013, the Court held a status conference in this case. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. Matthew Scoble, Esq. appeared on behalf of defendant Jesse R. TICER. Mr. TICER was present, out of custody. Also appearing on behalf of defendant was Steve Whitworth, Esq. At defendant's request, Mr. Whitworth was substituted for Mr. Scoble as counsel of record. Mr. Whitworth represented to the Court that he had been retained to represent the defendant in this matter. Mr. Whitworth confirmed he had received discovery from Mr. Scoble and was evaluating the case for resolution or trial. Mr. Whitworth also indicated he was researching the possible immigration consequences of a guilty plea or conviction in the case, including possible deportation following conviction. Mr. Whitworth confirmed he needed additional time to prepare the defense in the case and requested that time being excluded from the Speedy Trial Act for that purpose. The Court found that defendant's interest in continuity of counsel

1  and the ends of justice served by continuing the case as requested by defendant's representatives
2  outweighed the interest of the public and the defendant in a trial within the original date prescribed by
3  the Speedy Trial Act.
4     The Court therefore excluded time from October 29, 2013, to, and including, December 3, 2013,
5  from computation of time within which the trial of this matter must be commenced, pursuant to Local
6  Code T4.

8  Dated: November 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

2