IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE R. TICER,<br><br>Defendant. | CASE NO. 2:13-CR-00237 LKK<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 5, 2014, UNTIL AUGUST 12, 2014** |

The parties' stipulation is approved and so ordered.  The time beginning August 5, 2014, until August 12, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: August 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT