BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00237 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 12, 2014, TO AUGUST 19, 2014** |
| JESSE R. TICER, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 12, 2014.

2. By this stipulation, the parties now move to continue the status conference until August 19, 2014, and to exclude time between August 12, 2014, and August 19, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties have negotiated a resolution in state court. A plea was originally supposed to be entered in the state case on August 6, 2014; however, a jury

trial prevented defense counsel from appearing on that date. The state court plea has been rescheduled for August 11, 2014, after the time required by the Court for filing motions to continue. The continuance is necessary to allow for the defendant to enter a plea in that case on August 11, 2014. Following the defendant's plea and sentencing, the United States intends to dismiss the federal charges against the defendant.

  b. The government does not object to the continuance.

  c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of August 12, 2014 to August 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 15, 2014       Respectfully Submitted,

                 BENJAMIN B. WAGNER
                 United States Attorney

             By: */s/ Kyle Reardon*
                 KYLE REARDON
                 Assistant U.S. Attorney

Dated: August 15, 2014       */s/ Kyle Reardon* for
                 STEVEN WHITWORTH
                 Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JESSE R. TICER,<br><br>       Defendant. | CASE NO. 2:13-CR-00237 LKK<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 12, 2014, UNTIL AUGUST 19, 2014** |

The parties' stipulation is approved and so ordered.  The time beginning August 12, 2014, until August 19, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: August 12, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT