IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JESSE R. TICER,<br><br>       Defendant. | CASE NO. 2:13-CR-0237 LKK<br><br><br>**ORDER** |

The United States' motion to dismiss the pending indictment against defendant Jesse R. Ticer in case number 2:13-CR-0237 LKK is granted. The status conference set for September 9, 2014, is hereby vacated.

Dated: August 25, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT